```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 18271
   JARNAIL S BHATTI
   PAWAN BHATTI                                 CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
           Debtor
   SSN XXX-XX-3833     SSN XXX-XX-1489

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/10/04 and confirmed on 02/04/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  25129.00 .

     4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                             PAID         PAID
--------------------------------------------------------------------------
BANKERS TRUST               NOTICE ONLY     NOT FILED          .00          .00
SAXON MORTGAGE SERVICES     MORTGAGE ARRE    16136.99          .00     16136.99
SAXON MORTGAGE SERVICES     NOTICE ONLY          .00           .00          .00
ILLINOIS DEPT REVENUE       UNSECURED         148.98           .00        14.90
ELK ASSOCIATES FUNDING C    UNSECURED       NOT FILED          .00          .00
INTERVENTIONAL RADIOLOGI    UNSECURED       NOT FILED          .00          .00
PORTFOLIO RECOVERY ASSOC    UNSECURED        2401.90           .00       240.19
PROVIDIAN FINANCIAL         UNSECURED       NOT FILED          .00          .00
RUSH NORTH SHORE MEDICAL    UNSECURED       45999.01           .00      4599.90
UNIVERSITY ANESTHESIOLOG    UNSECURED       NOT FILED          .00          .00
UNIVERSITY ANESTHESIOLOG    UNSECURED       NOT FILED          .00          .00
PREMIER BANKCARD/CHARTER    UNSECURED         556.11           .00        55.61
RESURGENT CAPITAL SERVIC    UNSECURED        1907.55           .00       190.76
PORTFOLIO RECOVERY ASSOC    UNSECURED         528.68           .00        52.87
          Summary of disbursements:
--------------------------------------------------------------------------
                     SECURED      PRIORITY     UNSECURED      OTHER        TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED   16136.99         .00      51542.23         .00     67679.22
PRINCIPAL PAID       16136.99         .00       5154.23         .00     21291.22
INTEREST PAID             .00         .00           .00         .00          .00
TOTAL PAID           16136.99         .00       5154.23         .00     21291.22
The Debtor's attorney, GREENBERG & ASSOC            , was allowed $    2700.00
and was paid $   2700.00 .

The Trustee received $    1137.28 .

Refunds to the Debtor totaled $        .50 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 03/18/09                           /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
            CASE NO. 04 B 18271 JARNAIL S BHATTI & PAWAN BHATTI